```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

M.B.., ET AL.,

                Plaintiffs,          24-cv-5317 (JGK)

    - against -                   <u>ORDER</u>

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by November 27, 2024.

SO ORDERED.

Dated:    New York, New York
          November 13, 2024

                                            _____
                                            John G. Koeltl
                                            United States District Judge