UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
M.B, et al,

                    Plaintiff(s)

        -against-

24 civ 5317 (JGK)

NEW YORK CITY DEPARTMENT OF EDUCATION,
                    Defendant(s).
------------------------------------------------------------X

## ORDER

The parties, having been directed to provide a Rule 26(f) report by November 27, 2024,

The Conference scheduled for November 26, 2024, at 12:00pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 18, 2024