UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.B., ET AL.,

                Plaintiffs,

    - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.

24-cv-5317 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    It having been reported to the Court that the parties have reached an agreement to settle this action, it is hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within 30 days of the date of this order, counsel for the plaintiffs may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

    Any application to reopen must be filed within thirty (30) days of this order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purpose of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be so-ordered by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

All pending motions are dismissed as moot. All conferences are canceled. The Clerk of Court is directed to close this case.

**SO ORDERED.**

**Dated:**   New York, New York
             January 2, 2025

                                          _____
                                          John G. Koeltl
                                          United States District Judge



**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Valerie L. Forbes**
*Special Assistant Corporation Counsel*
Office: (212) 356-0873

December 31, 2024

**VIA ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:     *M.B., et al. v. N.Y.C. Dep't of Educ.*, 24-cv-5317 (JGK)(SLC)

Dear Judge Koeltl:

      I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek solely attorneys' fees, costs, and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

      I write to inform the Court that the parties have now reached a settlement in principle. Accordingly, the parties request that all pending deadlines and appearances, including the February 26, 2025 motions deadline as scheduled in the Civil Scheduling Ordered that was filed on November 29, 2024 (ECF 14), be adjourned *sine die*, and that they be granted 30 days to submit the finalized settlement documents to the Court.

      Thank you for considering these requests.

                      Respectfully submitted,
                      */s/ Valerie L. Forbes*

                      Valerie L. Forbes, Esq.
                      Special Assistant Corporation Counsel

cc:     Adam Dayan, Esq. (via ECF)